**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6040**

CASEY RAFAEL TYLER,

                Plaintiff - Appellant,

      v.

CARLTON B. JOYNER; MARSHALL PIKE; FREDERICK STRICKLAND;
ANNETTE JONES; CATHY JUDGE; TALENA LEE; RYAN SMITH; ABRAHAM
MONK; DENNIS ROWLAND; KEITH GRANDERSON; KATHERINE MITCHELL,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle,
District Judge. (5:14-ct-03044-BO)

Submitted: June 29, 2015          Decided: July 31, 2015

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Casey Rafael Tyler, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Casey Rafael Tyler appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012) and denying his motion to alter or amend under Fed. R. Civ. P. 59(e). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Tyler v. Joyner, No. 5:14-ct-03044-BO (E.D.N.C. Dec. 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED